IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| HARPER CONSTRUCTION COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 24-2055C (Judge Holte) |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The parties respectfully provide this joint status report regarding the Government's plans regarding the task order solicitation at issue in this case (N62473-23-D-1012-N6247324RE510).

The Naval Facilities Engineering Systems Command (NAVFAC) intends to amend the solicitation to remove the requirement to enter into a project labor agreement. NAVFAC intends to issue the amendment by February 14, 2025.

Plaintiff, Harper Construction Company, Inc., intends to voluntarily dismiss this suit after the amendment is issued.

|  | Respectfully submitted, |
|---|---|
| s/ Dirk D. Haire | BRETT A. SHUMATE |
| Dirk D. Haire | Acting Assistant Attorney General |
| Joseph L. Cohen | |
| Payum Sean Milani-nia | PATRICIA M. McCARTHY |
| David Timm | Director |
| Jane Jung Hyoun Han | |
| Michael J. Brewer | |
| FOX ROTHSCHILD LLP | s/ Douglas K. Mickle |
| 2020 K Street, N.W., Suite 500 | DOUGLAS K. MICKLE |
| Washington, D.C. 20006 | Assistant Director |
| Phone: (202) 461-3114 | |
| Fax: (202) 461-3102 | |
| dhaire@foxrothschild.com | s/ William P. Rayel |
|  | WILLIAM P. RAYEL |
| Attorneys for Harper Construction Company, Inc. | Senior Trial Counsel |
|  | Commercial Litigation Branch |
|  | Civil Division |
| February 11, 2025 | Department of Justice |
|  | Box 480, Ben Franklin Station |
|  | Washington, DC  20044 |
|  | Telephone: (202) 616-0302 |
|  | Facsimile: (202) 307-0972 |
|  | Email: William.Rayel@usdoj.gov |
|  | |
|  | Attorneys for Defendant |
|  | |
|  | February 11, 2025 |